[No. 7,248.—Department One.]

## JOHN McBROWN v. HENRY F. EMERSON ET AL.

EJECTMENT—PRIOR POSSESSION OF PUBLIC LANDS—PRE-EMPTION.

APPEAL by defendant, H. F. Emerson, from a judgment for plaintiff and from an order denying a new trial in the Twenty-second District Court of the County of Marin. TEMPLE, J.

Petition for rehearing in bank was filed in this case after judgment, and denied.

*George Pearce* and *James F. Stuart*, for Appellant.

*George A. Nourse*, for Respondent.

The COURT:

This case is similar in all its features to *McBrown* v. *Morris, supra*, 64, and on the authority of that case the judgment and order herein are affirmed.

---

[No. 7,854.—In Bank.]

## N. H. SPECT v. THE SUPERIOR COURT OF COLUSA COUNTY.

PROHIBITION—JURISDICTION—PRELIMINARY EXAMINATION.

APPLICATION for writ of prohibition.

*J. Hatch*, for Plaintiff.

No brief on file for Defendant.

The COURT:

The writ is dismissed in this case, on the authority of *Murphy* v. *The Superior Court of Colusa County*, 58 Cal. 520.